UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HOUSTON STRUCTURES, INC., an Oregon Corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>TRIAD MECHANICAL, INC., an Oregon Corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>              Defendants. | NO.  CV-12-5034-JPH<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION FOR JUDGMENT OF DISMISSAL |

On September 12, 2012, the parties filed a motion for Stipulated Dismissal with prejudice and without attorney fees, costs or disbursements to any party. ECF No. 22. The parties consented to proceed before a magistrate judge. ECF No. 16.

After review,

**IT IS ORDERED** that the parties' stipulated motion for entry of judgment of dismissal, ECF No. 22, **is GRANTED.**

**IT IS FURTHER ORDERED that the case is dismissed** with prejudice.

The District Court Executive is directed to enter this order, enter

ORDER ON STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 1

judgment as indicated, forward copies to counsel, and **CLOSE the file**.

**DATED** this 18th day of September, 2012.

                                    s/James P. Hutton
                         _____
                              JAMES P. HUTTON
                         United States Magistrate Judge

ORDER ON STIPULATED MOTION
FOR JUDGMENT OF DISMISSAL - 2