AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STATES OF AMERICA, et al,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

TRIAD MECHANICAL, et al,

CASE NUMBER: CV-12-5034-JPH

Defendants.

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the case is dismissed with prejudice.

9/18/12

*Date*

JAMES R. LARSEN

*Clerk*

s/ Karen White

*(By) Deputy Clerk*

Karen White